IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-20143
Summary Calendar

_____

RICHARD C. HOWARD, ET AL.

Plaintiffs,

RICHARD C. HOWARD,

Plaintiff-Appellant,

versus

CHARLES MARTIN; TEXAS DEP'T OF CRIMINAL
JUSTICE, INST'L DIV.,

Defendants-Appellees.

- - - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. CA-H-95-3880
- - - - - - - - - - -
May 14, 1996
Before DAVIS, BARKSDALE, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

Richard C. Howard appeals the dismissal of his civil rights complaint as frivolous. Howard complains of denials of due process in connection with prison disciplinary proceedings and retention of personal property, denial of access to the courts, and infringement of his Muslim observance. Based upon a careful review of the record, the district court's order of dismissal, and Howard's appellate brief, we hold, essentially for reasons expressed by the district court, that the district court did not

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

abuse its discretion in dismissing the complaint as frivolous. See <u>Schultea v. Wood</u>, 47 F.3d 1427, 1433 (5th Cir. 1995) (en banc).  The district court's judgment is

AFFIRMED.